UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM L. THOMPSON,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-00345-ART-CLB<br><br>**ORDER**<br><br>**(ECF Nos. 1, 3)** |

　　　　Plaintiff William Thompson brings this civil-rights action under 42 U.S.C. § 1983, contending that his rights were violated while he was incarcerated at Northern Nevada Correctional Center. (ECF No. 1-1). In screening Thompson's original complaint, the Court granted him leave to file a first amended complaint by November 20, 2023, if he so chose. (ECF No. 4). Thompson timely filed his First Amended Complaint. (ECF No. 6). Thompson also filed a change-of-address notice, stating that he has been released on parole. (ECF No. 7). According to the Nevada Department of Corrections inmate database, Thompson is no longer incarcerated.

　　　　Thompson filed two applications to proceed *in forma pauperis* for inmate. (ECF Nos. 1, 3). Thompson's first application is incomplete because he failed to include required financial documents with it. Thompson's second application is complete, but it is moot because Thompson is no longer incarcerated.

　　　　It is therefore ordered that Thompson's first application to proceed *in forma pauperis* (ECF No. 1) is denied as incomplete and moot.

　　　　It is further ordered that Thompson's second application to proceed *in forma pauperis* (ECF No. 3) is denied as moot.

　　　　It is further ordered that Thompson has **until April 12, 2024**, to either pay the full $402 filing fee or file an application to proceed *in forma pauperis* for non-inmates.

　　　　Thompson is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows

Thompson to refile the case with the Court, under a new case number, when he can either pay the filing fee or properly apply for pauper status.

The Clerk of the Court is directed to send Plaintiff William Thompson the approved form application to proceed *in forma pauperis* for non-inmates and the document titled information and instructions for filing an *in forma pauperis* application.

DATED THIS 13th day of March 2024.

_____
UNITED STATES MAGISTRATE JUDGE